UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------- x
ANNSELM MORPURGO,                                    )   Docket No.:  CV-07 1149
                                                     )
                                   Plaintiff,        )
                                                     )
            -against-                                )
                                                     )
THE INCORPORATED VILLAGE OF SAG HARBOR, and Gregory  )   **Response to Notice of**
N. Ferraris as appointed Mayor, Edward Deyermond as retiring )   **Objection to**
elected Mayor, and J. Doe #1 through #N of the elected or acting )   **Magistrate's 2/17/10**
Board of Trustees,                                   )   **Report**
                                                     )
SAG HARBOR VILLAGE POLICE, and Thomas Fabiano as Police )
Chief, Police Officer Patrick Milazzo, and           )
                                                     )
SAG HARBOR VILLAGE BUILDINGS DEPARTMENT, and         )   Seybert, J.
Timothy Platt as Fire Marshall/Code Enforcer, and Buildings )
Inspector Albert Daniels as material witness, and    )   Tomlinson, M.
                                                     )
SUFFOLK COUNTY WATER AUTHORITY, and Paul Greenwood   )
as Assistant Superintendent, and                     )
                                                     )
CALECA & TOWNER, P.C., Andrew T. Towner, Esq., and   )
                                                     )
JOHN JERMAIN MEMORIAL LIBRARY, Gregory N. Ferrarris as )
President of the Board of Trustees, and J. Doe #1 through #N of the )
appointed or elected Board of Trustees,              )
                                                     )
JOHN JERMAIN FUTURE FUND, Gail Slevin and Gregory N. )
Ferraris, CPA, LLC, as Contaccts and J. DOE #1 through #N as )
subscribers,                                         )
                                                     )
GREGORY N. FERRARIS, THOMAS FABIANO, PATRICK         )
MILAZZO, TIMOTHY PLATT, PAUL GREENWOOD,              )
CHRISTINE STANLEY a/k/a HELGA MORPURGO, ANDREW T.    )
TOWNER, ESQ., MICHAEL A. WOLOHOJIAN, PETER           )
DARROW, and other persons J. DOE #1 through #N as other )
conspiring individuals upon Discovery,               )
                                                     )
                                   Defendants.       )
---------------------------------------------------------------------------------- x
STATE OF NEW YORK)
                          ss.:
COUNTY OF SUFFOLK)

      Patrick B. Fife, being duly sworn, deposes and says:

-1-

1.      I am an associate at the law firm of Twomey, Latham, Shea, Kelley, Dubin & Quartararo, LLP, attorneys for the defendants, Suffolk County Water Authority ("SCWA") and Paul Greenwood ("Greenwood").  I am fully familiar with the facts and circumstances set forth herein unless otherwise stated.

2.      SCWA and Greenwood submit this Response to the Notice of Objection to Magistrate's 2/17/10 Report (the "Notice of Objection") filed by the Plaintiff, Annselm Morpurgo, on March 2, 2010.

3.      The Report and Recommendation appropriately recommended dismissal of the Amended Complaint against the SCWA and Greenwood, correctly finding that "Plaintiff has failed to plead a conspiracy because she has not alleged any facts showing that Greenwood and/or the SCWA entered into any type of agreement with the other Defendants."  Report and Recommendation at p. 30.

4.      The Notice of Objection makes no specific argument relative to the Magistrate's recommendation of dismissal of Plaintiff's claims against the SCWA and Greenwood, and it provides no additional clarification as to how the SCWA and Greenwood were involved with the remaining co-defendants in a purported conspiracy.  In fact, the Notice of Objection makes no mention whatsoever of the SCWA or Greenwood.

5.      Thus, Plaintiff's Notice of Objection has failed to show that Magistrate Tomlinson was incorrect in finding that "Plaintiff has presented no evidence to support her theory of a conspiracy with regard to the SCWA Defendants and what she describes here is not the equivalent of a conspiracy for Section 1983 purposes."  Report and Recommendation at p. 31.

-3-

6. The Notice of Objection also fails to demonstrate any error in Magistrate Tomlinson's conclusion that "leave to replead would be futile in light of the grounds upon which [she was] recommending dismissal of the Amended Complaint."  Report and Recommendation at p. 49.  Plaintiff's Notice of Objection has not shown how under any circumstances that the conduct alleged in her Amended Complaint would amount to a violation of civil and constitutional rights under 42 U.S.C. §1983.

7. Plaintiff's Notice of Objection, like the Amended Complaint, sets forth nothing more than speculation and conclusory allegations that fail to establish a 42 U.S.C. §1983 claim against SCWA or Greenwood.  As such, it is respectfully requested that this Court confirm the February 17, 2010 Report and Recommendation of Magistrate Tomlinson and dismiss the Plaintiffs' Amended Complaint as against Defendants SCWA and Greenwood.

Dated: Riverhead, N.Y.
   March 4, 2010

                     _____s/PBF_____.
                     Patrick B. Fife (PF-2927)