UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X
ANNSELM MORPUGO, M.A.,

                          Plaintiff,

       - against -

THE INCORPORATED VILLAGE OF SAG HARBOR,
and Gregory N. Ferraris as appointed Mayor, Edward
Deyermond as retiring elected Mayor, and J. Doe #1
through #N of the elected Board of Trustees, SAG
HARBOR VILLAGE POLICE and Thomas Fabiano
as Police Chief, Police Officer Patrick Milazzo, SAG
HARBOR VILLAGE BUILDINGS DEPARTMENT
and Timothy Platt as Fire Marshal/Code Enforcer, and
Building Inspector Albert Daniels as material witness,
SUFFOLK COUNTY WATER AUTHORITY and Paul
Greenwood as Assistant Superintendent, CALECA &
TOWNER, PC, ANDREW T. TOWER, ESQ., JOHN
JERMAIN MEMORIAL LIBRARY, Gregory N. Ferraris
as President of the Board of Trustees, and J. Doe #1
Through #N of the appointed or elected Board of
Trustees, JOHN JERMAIN FUTURE FUND Gail Slevin
and Gregory N. Ferraris, CPA, LLC, as Contacts, and J.
Doe #1 through #N as subscribers, GAIL SLEVIN as
Contact, GREGORY N. FERRARIS, THOMAS
FABIANO, PATRICK MILAZZO, TIMOTHY PLATT,
PAUL GREENWOOD, CHRISTINE STANLEY also
known as Helga Morpurgo, ANDREW T. TOWNER,
ESQ., MICHAEL A. WOLOHOJIAN, PETER DARROW,
OTHER PERSONS J. DOE #1 THROUGH #N as other
conspiring individuals upon Discovery, ED
DEYERMOND as retiring elected Mayor,

                            Defendants.
----------------------------------------------------------------------------X

**JUDGMENT**
CV-07-1149 (JS)(AKT)

       A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on March 5, 2010, adopting the Report and Recommendation of Magistrate Judge A. Kathleen Tomlinson issued February 17, 2009 in its entirety, granting Defendants' motions to dismiss, dismissing Plaintiff's Amended Complaint in its entirety, and directing the Clerk of Court to mark this matter closed, it is

       **ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendants; that Defendants' motions to dismiss are granted; that Plaintiff's Amended Complaint is dismissed in its entirety; and that this case is hereby closed.

Dated:  Central Islip, New York
         March 9, 2010

                                               ROBERT C. HEINEMANN
                                               CLERK OF THE COURT

                             By:    /s/ Catherine Vukovich
                                    Deputy Clerk